12-05884 / 11-12580  
Fulfillment Xcellence Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 37 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $3,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 37 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $3,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 79 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $8.67 | Unemployment taxes | 10/14/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 79 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $8.67 | Unemployment taxes | 10/14/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 115 | Allowed | Fulfillment Xcellence, Inc. (11-12580) | $297.50 | Services rendered | 11/12/2011 | Unsecured | Dun & Bradstreet c/o Receivable Management Services ("RMS"), PO Box 5126 , Timonium, MD 21094 |
| 115 | Allowed | Fulfillment Xcellence, Inc. (11-12580) | $183.28 | Services rendered | 11/12/2011 | Unsecured Priority | Dun & Bradstreet c/o Receivable Management Services ("RMS"), PO Box 5126 , Timonium, MD 21094 |
| 151 | Withdrawn | Fulfillment Xcellence, Inc. (11-12580) | Not less than $25,168.00 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 198 | Allowed | Fulfillment Xcellence, Inc. (11-12580) | $3,525.00 | Transportation Services | 1/19/2012 | Unsecured | JA NATIONWIDE P.O.BOX 578, Crystal Lake, IL 60039 |
| 225 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 225 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 225 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 241 | Allowed | Fulfillment Xcellence, Inc. (11-12580) | $1,153.61 | Delivery of goods | 1/27/2012 | Unsecured | Old Dominion Freight Line Inc 500 Old Dominion Way, Thomasville, NC 27360 |
| 330 | Disallowed | Fulfillment Xcellence, Inc. (12-05884) | $3,983,982.29 | Money Loaned {See Rider, attached} | 3/6/2012 | Unsecured | Amalgamated Bank of Chicago 1 West Monroe Street, Chicago, IL 60603 |
| 330 | Disallowed | Fulfillment Xcellence, Inc. (12-05884) | $3,983,982.29 | Money Loaned {See Rider, attached} | 3/6/2012 | Secured | Amalgamated Bank of Chicago 1 West Monroe Street, Chicago, IL 60603 |
| 376 | Allowed | Fulfillment Xcellence, Inc. (11-12580) | $1,067.69 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 391 | Pending | Fulfillment Xcellence, Inc. (12-05884) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 399 | Disallowed | Fulfillment Xcellence, Inc. (12-05884) | $ See Attached | Guaranty | 3/9/2012 | Unsecured | Wells Fargo Equipment Finance c/o Jeffrey A. Chadwick, McGuireWoods LLP, 77 West Wacker Drive, Suite 4100, Chicago, IL 60601 |
| 423 | Pending | Fulfillment Xcellence, Inc. (12-05884) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 423 | Pending | Fulfillment Xcellence, Inc. (12-05884) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 439 | Withdrawn | Fulfillment Xcellence, Inc. (12-05884) | $5,927.00 | Accounting/Consulting | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 485 | Disallowed | Fulfillment Xcellence, Inc. (11-12580) | $2,707.00 | Not payment of VAT purchase of ptg. | 3/18/2013 | Unsecured | Apparao Galleries No. 7, Wallace Gardens, 3rd Street, Madras, Chennai 600 006 India |
| 492 | Withdrawn | Fulfillment Xcellence, Inc. (12-05884) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 494 | Withdrawn | Fulfillment Xcellence, Inc. (12-05884) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 494 | Withdrawn | Fulfillment Xcellence, Inc. (12-05884) | Unknown | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |